Certificate Number: 05781-KYW-DE-041204583

Bankruptcy Case Number: 26-31154



05781-KYW-DE-041204583

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 14, 2026</u>, at <u>11:44</u> o'clock <u>AM PDT</u>, <u>Mitchell Page Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Kentucky</u>.

Date:   <u>July 14, 2026</u>                By:     <u>/s/Allison M Geving</u>

                                         Name:   <u>Allison M Geving</u>

                                         Title:   <u>President</u>